UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRETT A HALSTEAD,

        Plaintiff,

                                              Case No. 19-cv-1568-bhl

  v.

CR BARD INC,
BARD PERIPHERAL VASCULAR INC,

        Defendants.

---

## ORDER
---

      On October 26, 2020, the Court granted the parties' joint motion and stayed the case for 120 days to allow the parties to finalize settlement terms. (ECF No. 22.) On February 19, 2021, the parties filed a joint status report and requested the Court extend the stay 90 days. (ECF No. 23.) The Court will grant the parties' request. Accordingly,

      **IT IS HEREBY ORDERED** that the October 26, 2020 stay is extended and all proceedings, including discovery and pretrial deadlines, are **STAYED** for 90 days.

      **IT IS FURTHER ORDERED** that if a dismissal has not been filed by **May 24, 2021**, the parties shall file a joint status report regarding the status of the settlement.

      Dated at Milwaukee, Wisconsin on February 22, 2021.

                                                            s/ Brett H. Ludwig
                                                            BRETT H. LUDWIG
                                                            United States District Judge